UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXANDRIA FITGERALD,

                Plaintiff,

-against-

THE WE COMPANY d/b/a WEWORK and
DAVID STILES, in their individual and
Professional capacities,

                Defendants.
-------------------------------------------------------------X

20 CIVIL 5260 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2022, Defendants' motion for summary judgment is GRANTED as to Fitzgerald's Title VII, ADA, and FMLA claims, and those claims are DISMISSED with prejudice. The Court declines to exercise supplemental jurisdiction over Fitzgerald's NYSHRL and NYCHRL claims, and accordingly, those claims are DISMISSED without prejudice to renewal; accordingly, the case is closed.

**Dated:** New York, New York

        March 30, 2022

                                                      RUBY J. KRAJICK

                                                      Clerk of Court

                        **BY:**

                                                      **Deputy Clerk**